Jean-Marc Zimmerman (# 037451989)
Zimmerman Law Group
233 Watchung Fork
Westfield, NJ 07090
T: (908) 768-6408
F: (908) 935-0751
jmz@zimllp.com

*Attorneys for Plaintiff*
*Karamelion LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **KARAMELION LLC,** | CASE NO. _____ |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **ESSENCE USA INC.,** | **PATENT CASE** |
| Defendant. | |

**PLAINTIFF KARAMELION LLC'S RULE 7.1**
**DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Karamelion LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

August 28, 2020

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

Respectfully Submitted

 */s/ Jean-Marc Zimmerman*
Jean-Marc Zimmerman (# 037451989)
Zimmerman Law Group
233 Watchung Fork
Westfield, NJ 07090
T: (908) 768-6408
F: (908) 935-0751
jmz@zimllp.com

*Attorneys for Plaintiff*
*Karamelion LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 28, 2020.

>   */s/ Jean-Marc Zimmerman*
>   Jean-Marc Zimmerman